

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Lakendrick Deontae Rugley, Appellant

No. 06-21-00108-CR     v.

The State of Texas, Appellee

Appeal from the 188th District Court of Gregg County, Texas (Tr. Ct. No. 51582-A). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Carter* participating. *Justice Carter, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Lakendrick Deontae Rugley, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MAY 5, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk